IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-CR-00085-F-1
No. 5:16-CV-00172-F

| | | |
|---|---|---|
| KEVIN ALONZO JOHNSON, | ) | |
| Petitioner, | ) | |
| v. | ) | O R D E R |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

This matter is before the court on Kevin Alonzo Johnson's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 [DE-44, -46]. Having examined Johnson's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion, within **forty (40)** days of the filing of this order.

Johnson asserts challenges based on *Johnson v. United States*, 135 S. Ct. 2551 (2015), and he previously qualified for appointed counsel. Therefore, pursuant to Standing Order No. 15-SO-2 (E.D.N.C. Oct. 16, 2015), the Office of the Federal Public Defender is appointed to represent Johnson to determine if he may qualify for post-conviction relief.

SO ORDERED.

This 22 day of April, 2016.

JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE